J. Andrew Rahl, Jr.
Andrea J. Pincus
**ANDERSON KILL & OLICK, P.C.**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733
arahl@andersonkill.com
apincus@andersonkill.com

Russell L. Munsch
Texas Bar No. 14671500
E. Lee Morris
Texas Bar No. 00788079
**MUNSCH HARDT KOPF & HARR, P.C.**
1445 Ross Avenue, Suite 4000
Dallas, Texas 75202-2790
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
rmunsch@munsch.com
lmorris@munsch.com

***ATTORNEYS FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS***

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AVADO BRANDS, INC. <u>et al.</u>, | § | Case No. 04-31555 |
| | § | |
| Debtors. | § | Jointly Administered |

**COMMITTEE'S WITNESS AND EXHIBIT LIST**
**FOR MAY 5, 2004 HEARING**

TO THE HONORABLE STEVEN A. FELSENTHAL, U.S. BANKRUPTCY JUDGE:

COMES NOW the Official Committee of Unsecured Creditors (the "<u>Committee</u>") and

files its Witness and Exhibit List for May 5, 2004 Hearing, respectfully providing notice as

follows:

**WITNESSES**

1.      The Committee hereby provides notice that it may call any one or more of the

following witnesses at the hearing scheduled for May 5, 2004 on final approval of the Debtors'

Application to Employ Miller Buckfire Lewis Ying & Co. (the "<u>MBLY Hearing</u>"):

   a.      Michael Feder

   b.      Kevin Leary

   c.      Durc Savini

    d.       Bob Sroka

    e.       Any witness designated by any other party

    f.       One or more rebuttal witnesses

## **EXHIBITS**

2.       The Committee hereby provides notice that it may seek to introduce into evidence

at the MBLY Hearing any one or more of the following exhibits:

    a.       Application for Order Under 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing Employment and Retention of Miller Buckfire Lewis Ying & Co., LLC as Financial Advisor and Investment Banker to the Debtors

    b.       Miller Buckfire Lewis & Ying Co., LLC Presentation Materials to Avado Brands, dated January 2004

    c.       Interim Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing Employment and Retention of Miller Buckfire Lewis Ying & Co., LLC as Financial Advisor and Investment Banker to the Debtors

    d.       Motion of the Debtors Pursuant to 11 U.S.C. § 363 for Entry of (i) an Interim Order Authorizing the Employment of AP Services, LLC as Crisis Managers to the Debtors and Thereby Designate Kevin J. Leary as Interim Chief Executive Officer and Michael Feder as Chief Restructuring Officer of the Debtors and Scheduling Final Hearing on Proposed Employment Agreement, and (ii) a Final Order Authorizing Same

    e.       Interim Order Authorizing the Employment of AP Services, LLC as Crisis Managers to the Debtors and Thereby Designate Kevin J. Leary as Interim Chief Executive Officer and Michael Feder as Chief Restructuring Officer of the Debtors

    f.       Notice of Filing of the Second Amended Engagement Letter Between AP Services, LLC and the Debtors

    g.       Final Order Authorizing the Employment of AP Services, LLC as Crisis Managers to the Debtors and Thereby Designate Kevin J. Leary as Interim Chief Executive Officer and Michael Feder as Chief Restructuring Officer of the Debtors

    h.       Notice of Filing Report by AP Services, LLC Compensation Earned and Expenses Incurred for the Period of February 4, 2004 through February 29, 2004

    i.       Notice of Filing Report by AP Services, LLC Compensation Earned and Expenses Incurred for the Period of March 1, 2004 through March 31, 2004

    j.       Any exhibit designated by any other party

    k.       One or more rebuttal exhibits

3.    The Committee hereby reserves the right to amend and/or supplement the foregoing designations.

**DATED**:  May 1, 2004                    **MUNSCH HARDT KOPF & HARR, P.C.**

By:  /s/ E. Lee Morris
    Russell L. Munsch
    Texas Bar No. 14671500
    E. Lee Morris
    Texas Bar No. 00788079
    1445 Ross Avenue, Suite 4000
    Dallas, Texas 75202-2790
    Telephone: (214) 855-7500
    Facsimile: (214) 855-7584

- and -

J. Andrew Rahl, Jr.
Andrea J. Pincus
**ANDERSON KILL & OLICK, P.C.**
1251 Avenue of the Americas
New York New York 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733

**ATTORNEYS FOR OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**